**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-6949**

_____

DENNIS MICHAEL GALLIPEAU,

                Plaintiff - Appellant,

        v.

LINDA MICKENS HAM; JAMES R. METTS,

                Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.  Timothy M. Cain, District Judge.
(9:13-cv-00505-TMC)

_____

Submitted:  November 18, 2014      Decided:  November 20, 2014

_____

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Dennis Michael Gallipeau, Appellant Pro Se.   Justin Tyler
Bagwell, William Henry Davidson, II, DAVIDSON & LINDEMANN, PA,
Columbia, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dennis Michael Gallipeau appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Gallipeau v. Ham, No. 9:13-cv-00505-TMC (D.S.C. June 10, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED